IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONNA CANTRELL

        Plaintiff                           Case No.   3:17-CV-40

-vs-                                                  Judge Thomas M. Rose

WAL-MART STORES, INC.

        Defendant

**ENTRY AND ORDER**

This matter came before the Court upon a telephone conference scheduled for February 8, 2018. Counsel for Plaintiff, David Duwell and counsel for the Defendant, Karen Giffen were present for the conference. A mediation scheduled previously in the above captioned case had to be continued, and counsel is presently working with Magistrate Judge Ovington's office to set a new date.

The Court hereby vacates the dispositive motion deadline. All other dates and deadlines will remain as scheduled. The Court also sets a telephone status conference for April 3, 2018 at 9:30 AM. The Court will initiate the telephone call.

     IT IS SO ORDERED.

February 8, 2018                           **\*s/Thomas M. Rose**
                                                             _____
                                                               Thomas M. Rose, Judge
                                                               United States District Court